No. 4331.—Burgos, Aplte., *v.* Asamblea Municipal de Santa Isabel, Aplda.—C. D. Guayama. *Certiorari.* Julio 20, 1927. Celebrada la vista de la moción para desestimar, con la sola asistencia de la parte apelada. Apareciendo de la moción y de la certificación acompañada que la sentencia apelada se dictó en octubre 4, 1926, habiéndose radicado el escrito de apelación en noviembre 3, 1926, a partir de cuya fecha la parte apelante no ha hecho gestión alguna tendente a perfeccionar el recurso. Y apareciendo además que tampoco ha sido radicada en esta corte la transcripción, se declara con lugar dicha moción y en su consecuencia *se desestima la apelación.*

No. 4293.—Vega Bermúdez, Aplte., *v.* Blasco, Juez Municipal de Yauco, Apldo.—C. D. Ponce. *Certiorari.* Julio 20, 1927. Siendo el fundamento de la moción de la apelada, solicitando la desestimación del recurso, haberse notificado el escrito de apelación a la parte recurrida y no al abogado que le representa, vista la jurisprudencia establecida en el caso de *Zaragoza et al.* v. *López*, 16 D. P. R. 828, *se declaró con lugar la moción y se desestimó el recurso.*